IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. 16-00054-CG |
| | ) | |
| JEREMIAH HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS the Indictment (Doc. 16), in the above-entitled action provided the notice required by Federal Rules of Criminal Procedure 32.2(a), which notified the defendant **JEREMIAH HUNTER**, that upon conviction of the violations alleged therein, receipt of child pornography, in violation of Title 18, United State Code, Section 2252(a)(2)(B), the United States would seek forfeiture of certain property, in accordance with Title 18, United States Code, Section 2253.

AND WHEREAS the defendant **JEREMIAH HUNTER**, was found guilty by jury trial (Doc. 74);

AND WHEREAS the Court finds that based on the foregoing, the United States has established the required nexus between the property it seeks to forfeit and offense of which the defendant has been convicted, as required by Federal Rule of Criminal Procedure 32.3(b)(1)(A), and for the reasons stated, it is hereby:

ORDERED, ADJUDGED AND DECREED, that pursuant to Title 18, United State Code, Section 2253, and Federal Rule of Criminal Procedure 32.2(b),

the property identified as follows is hereby forfeited to the United States, for disposition according to law:

**One iPhone 6s, Serial No. DNRQFP47GRY9**

**One iPad Mini, Serial No. F7RM2T6BF196**

**One Sony Vaio Laptop with Service Tag C105QEPO.**

AND WHEREAS, by virtue of this order, the United States is now entitled to, pending possible appeal herein, reduce the said property to its possession and notify any and all potential third parties of this Order who have or may have an interest in the forfeited property, pursuant to Title 21, United States Code, Section 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED**:

That based on the foregoing and Fed. R. Crim. P. 32.2(b), the above-described property if hereby forfeited to and vested in the United States of America for disposition according to law, subject to the provisions of Title 21, United States Code, Section 853.

That the aforementioned property is authorized to be held by the United States Marshals Service or any authorized agent involved in this case to retain in their secure custody and control and dispose of it in accordance with law.

The United States shall have clear title to the property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2), for the filing of

third-party petitions.  The Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Maria E. Murphy, United States Attorney's Office, Southern District of Alabama.

**DONE and ORDERED** this 26th day of August, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE