IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMIAH HUNTER,** | : |
| Petitioner, | : |
| | CIVIL ACTION NO. 18-0502-CG-MU |
| vs. | : |
| | CRIMINAL NO. 16-00054-CG |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

## **ORDER**

After due and proper consideration of all portions of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 25, 2019, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 28th day of August, 2019.

<u>/s/   Callie V. S. Granade</u>
SENIOR UNITED STATES DISTRICT JUDGE