IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMIAH HUNTER,** | : |
| Petitioner, | : |
| | CIVIL ACTION NO. 18-0502-CG-MU |
| vs. | : CRIMINAL NO. 16-00054-CG |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's rights were not violated in this cause and that his motion to vacate, set aside or correct his sentence (Doc. 108) is **DENIED**.

Hunter is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 28th day of August, 2019.

    /s/   Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE